Gail E. Cohen (093210), gcohen@bargerwolen.com
Misty A. Murray (196870), mmurray@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants Provident Life &
Accident Insurance Company and The Allen,
Matkins, Leck, Gamble, Mallory & Natsis, LLP
Long-Term Disability Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BURTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and THE ALLEN, MATKINS, LECK, GAMBLE, MALLORY & NATSIS, LLP LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO: C10-02533<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   June 9, 2010 |

c:\documents and settings\cassie\local settings-temporary internet files\content.outlook\yo5j1mw\stip and order to extend response date.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Pursuant to FRCP 6(b) and L.R. 6-1(a), Plaintiff David Burton ("Plaintiff") and Defendants Provident Life & Accident Insurance Company and The Allen, Matkins, Leck, Gamble, Mallory & Natsis, LLP Long-Term Disability Plan ("Defendants"), by and through their counsel of record, hereby stipulate to the following:

1. Defendants shall have an extension of time to respond to Plaintiffs' Complaint up to and including July 21, 2010.

2. Pursuant to L.R. 6-1(a), this extension will not alter the date of any deadline already fixed by the Court.

Good cause exists for this extension because Defendants have only recently retained counsel who needs additional time to gather and review all relevant documents in connection with the Plaintiff's claims, to formulate interim litigation strategy and to prepare responsive pleadings.

**IT IS SO STIPULATED.**

Dated: July 6, 2010

BARGER & WOLEN LLP

By: _____
GAIL E. COHEN
MISTY A. MURRAY
Attorneys for Defendants Provident Life & Accident Insurance Company and The Allen, Matkins, Leck, Gamble, Mallory & Natsis, LLP Long-Term Disability Plan

Dated: July 6, 2010

SPRINGER-SULLIVAN & ROBERTS LLP

By: _____
CASSIE SPRINGER-SULLIVAN
MICHELLE L. ROBERTS
Attorneys for Plaintiff David Burton

## [PROPOSED] ORDER

Having received the parties' Stipulation to extend Defendants' time to Respond to Plaintiff's Complaint, and for good cause shown, the parties' Stipulation is the Order of the Court.

**IT IS SO ORDERED.**

DATED: 7-8-10

_____
United States District Court Judge for the
Northern District of California