1 | Michelle L. Roberts, State Bar No. 239092
  |  Email: mlr@ssrlawgroup.com
2 | Cassie Springer-Sullivan, State Bar No. 221506
  |  Email: css@ssrlawgroup.com
3 | SPRINGER-SULLIVAN & ROBERTS LLP
  | 410 - 12th Street, Suite 325
4 | Oakland, CA 94607
  | Tel:  510.992.6130
5 | Fax: 510.280.7564

6 | *Attorneys for Plaintiff*

7 | Gail E. Cohen (093210), gcohen@bargerwolen.com
  | Misty A. Murray (196870), mmurray@bargerwolen.com
8 | BARGER & WOLEN LLP
  | 633 West Fifth Street, 47th Floor
9 | Los Angeles, CA 90071
  | Tel: 213.680.2800
10 | Facsimile: 213.614.7399

11 | *Attorneys for Defendants*

12 |

13 | IN THE UNITED STATES DISTRICT COURT

14 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | SAN FRANCISCO DIVISION

16 | DAVID BURTON,                                    )  Case No. C 10-02533 SBA
   |                                                  )
17 |                          Plaintiff,             )  **STIPULATION AND ORDER SETTING**
   |                                                  )  **CASE MANAGEMENT CONFERENCE**
18 |        vs.                                       )
   |                                                  )
19 |                                                  )
   | PROVIDENT LIFE AND ACCIDENT                      )
20 | INSURANCE COMPANY and THE ALLEN,                 )
   | MATKINS, LECK, GAMBLE, MALLORY, &                )
21 | NATSIS, LLP LONG-TERM DISABILITY                 )
   | PLAN,                                            )
22 |                                                  )
   |                          Defendants,             )
23 | _____         )

24 |        WHEREAS Plaintiff David Burton filed his Complaint with this Court on June 9, 2010;

25 | and

26 |        WHEREAS this case was initially assigned to Magistrate Judge Bernard Zimmerman;

27 | and

28 |

STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT
CONFERENCE DATE [CASE NO. C 10-02533 SBA]                                    Page 1

1   WHEREAS the original case deadlines set the initial case management conference before

2   Magistrate Judge Zimmerman for November 15, 2010, at 4:00 p.m.; and

3   WHEREAS on June 18, 2010, Defendant Provident Life and Accident Insurance

4   Company filed a Declination to Proceed Before a Magistrate Judge and Request for

5   Reassignment to a United States District Judge; and

6   WHEREAS this case is now assigned to Hon. Saundra B. Armstrong;

7   NOW, THEREFORE, it is stipulated and agreed by and between Plaintiff David Burton

8   and Defendant Provident Life that the initial case management deadlines are now as follows:

9   Last day to meet and confer:  10/28/2010

10   Last day to complete initial disclosures and file Case Management Statement: 11/11/2010

11   Initial Telephonic Case Management Conference: 11/18/2010; 2:45 p.m.  Plaintiff shall

12   be responsible for filing the Case Management Statement as well as for arranging the conference

13   call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and

14   time.

15

16   Dated: July 30, 2010                                 Respectfully submitted,

17                                                                    SPRINGER-SULLIVAN & ROBERTS LLP

18                                                        By      ____/s/_____
                                                                    Cassie Springer-Sullivan
19                                                                    Attorneys for Plaintiff

20
     Dated: July 30, 2010                                 BARGER & WOLEN LLP
21
                                                            By      ___/s/_____
22                                                                    Misty A. Murray
                                                                    Attorneys for Defendant
23

24

25
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
26

27   Date: _8/9/10                                        _____
                                                                    Saundra B. Armstrong
28                                                                    UNITED STATES DISTRICT JUDGE

     STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT
     CONFERENCE DATE [CASE NO. C 10-02533 SBA]                                         Page 2