1  Michelle L. Roberts, State Bar No. 239092
    Email: mlr@ssrlawgroup.com
2  Cassie Springer-Sullivan, State Bar No. 221506
    Email: css@ssrlawgroup.com
3  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
4  Oakland, CA 94607
   Tel:  510.992.6130
5  Fax: 510.280.7564

6  *Attorneys for Plaintiff*

7  Gail E. Cohen (093210), gcohen@bargerwolen.com
   Misty A. Murray (196870), mmurray@bargerwolen.com
8  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
9  Los Angeles, CA 90071
   Tel: 213.680.2800
10 Facsimile: 213.614.7399

11 *Attorneys for Defendants*

12

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | DAVID BURTON, ) | Case No. C 10-02533 SBA |
| 17 | )<br>Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXTENDING CASE** |
| 18 | vs. ) | **DEADLINES** |
| 19 | ) | |
| 20 | PROVIDENT LIFE AND ACCIDENT )<br>INSURANCE COMPANY and THE ALLEN, ) | |
| 21 | MATKINS, LECK, GAMBLE, MALLORY, & )<br>NATSIS, LLP LONG-TERM DISABILITY ) | |
| | PLAN, ) | |
| 22 | ) | |
| 23 | Defendants, ) | |

24       Plaintiff David Burton and Defendants Provident Life and Accident Insurance Company

25 and The Allen, Matkins, Leck, Gamble, Mallory, & Natsis, LLP Long-Term Disability Plan

26 (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

27       WHEREAS, on August 9, 2010, this Court ordered the following schedule for the initial

28 case management deadlines:

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
[CASE NO. C 10-02533 SBA]                                                    Page 1

1  Last day to meet and confer: 10/28/2010

2  Last day to complete initial disclosures and file Case Management Statement: 11/11/2010

3  Initial Telephonic Case Management Conference: 11/18/2010; 2:45 p.m. Plaintiff shall
4  be responsible for filing the Case Management Statement as well as for arranging the conference
5  call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and
6  time;

7  WHEREAS, counsel for the Parties met and conferred on October 26, 2010;

8  WHEREAS, on October 18, 2010, Plaintiff filed for Chapter 7 Bankruptcy in the United
9  States Bankruptcy Court in the Central District of California, Case Number: 2:10-bk-54585-TD;

10  WHEREAS, the Bankruptcy Trustee has not yet informed Plaintiff's counsel as to
11  whether Plaintiff's claim in the present lawsuit will be exempted from the bankruptcy assets;

12  WHEREAS, the Parties believe that until the Bankruptcy Trustee decides the status of the
13  present claim, that the future deadlines should be extended;

14  WHEREAS, the Parties believe that the Bankruptcy Trustee will render a decision about
15  the status of the present claim within the next few weeks;

16  NOW, THEREFORE, it is stipulated and agreed by and between the Parties that the
17  initial case management deadlines are now as follows:

18  Last day to complete initial disclosures and file Case Management Statement: 12/2/2010

19  Initial Telephonic Case Management Conference: 12/9/2010 at __ [time to be determined
20  by the Court]. Plaintiff shall be responsible for filing the Case Management Statement as well as
21  for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at
22  the above indicated date and time.

23

24  Dated: November 4, 2010                    Respectfully submitted,

25                                              SPRINGER-SULLIVAN & ROBERTS LLP

26                                       By    ____/s/_____
                                                Michelle L. Roberts
27                                              Attorneys for Plaintiff

28

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
[CASE NO. C 10-02533 SBA]                                                              Page 2

| | |
|---|---|
| Dated: November 4, 2010 | BARGER & WOLEN LLP |
| | By ___/s/_____<br>Misty A. Murray<br>Attorneys for Defendant |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

By ____/s/_____
Michelle L. Roberts
Attorneys for Plaintiff

**IT IS HEREBY ORDERED THAT** the November 18, 2010 telephonic Case Management Conference is CONTINUED to **March 2, 2011 at 3:15 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Date: November 15, 2010                                     _____Saundra B Armstrong_____
                                                                                  Saundra B. Armstrong
                                                                                  UNITED STATES DISTRICT JUDGE