1  Michelle L. Roberts, State Bar No. 239092
    Email: mlr@ssrlawgroup.com
2  Cassie Springer-Sullivan, State Bar No. 221506
    Email: css@ssrlawgroup.com
3  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
4  Oakland, CA 94607
   Tel:  510.992.6130
5  Fax: 510.280.7564

6  *Attorneys for Plaintiff*

7  Gail E. Cohen (093210), gcohen@bargerwolen.com
   Misty A. Murray (196870), mmurray@bargerwolen.com
8  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
9  Los Angeles, CA 90071
   Tel: 213.680.2800
10 Facsimile: 213.614.7399

11 *Attorneys for Defendants*

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16 DAVID BURTON,                        )  Case No. C 10-02533 SBA
                                        )
17              Plaintiff,              )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER EXTENDING CASE**
18       vs.                            )  **DEADLINES**
                                        )
19                                      )
   PROVIDENT LIFE AND ACCIDENT          )
20 INSURANCE COMPANY and THE ALLEN,     )
   MATKINS, LECK, GAMBLE, MALLORY, &    )
21 NATSIS, LLP LONG-TERM DISABILITY     )
   PLAN,                                )
22                                      )
                Defendants,             )
23  _____     )

24       Plaintiff David Burton and Defendants Provident Life and Accident Insurance Company

25 and The Allen, Matkins, Leck, Gamble, Mallory, & Natsis, LLP Long-Term Disability Plan

26 (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

27       WHEREAS, on March 2, 2011, the Court continued the Initial Case Management

28

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
[CASE NO. C 10-02533 SBA]                                                    Page 1

1  Conference until March 16, 2011 so that the question of whether this lawsuit is deemed
2  exempted by his bankruptcy proceedings could be finalized; and
3       WHEREAS the question cannot be resolved until 30 days following the conclusion of the
4  Meeting of Creditors; and
5       WHEREAS the trustee in the bankruptcy proceedings has continued the Meeting of
6  Creditors until March 16, 2011 at 1:30 PM (Case No. 2:10-bk-54585-TD (C.D. Cal), Docket No.
7  21); and
8       WHEREAS the new date for the creditors to object to the exemption of this lawsuit from
9  the bankruptcy proceedings is April 15, 2011;
10      NOW, THEREFORE, it is stipulated and agreed by and between the Parties that the
11 initial Case Management Conference is continued until April 27, 2011 at 3:00 PM, with the joint
12 case management statement to be filed 5 days prior to the conference.  Plaintiff shall be
13 responsible for filing the Case Management Statement as well as for arranging the conference
14 call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and
15 time.

16 Dated: March 7, 2011                         Respectfully submitted,

17                                          SPRINGER-SULLIVAN & ROBERTS LLP

18                               By     ____/s/_____
19                                       Cassie Springer-Sullivan
                                       Attorneys for Plaintiff

20
21 Dated: March 7, 2011                         BARGER & WOLEN LLP

22                               By     ___/s/_____
23                                        Misty A. Murray
                                       Attorneys for Defendant

24      **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT** the March 16,
25 2011 Case Management Conference is CONTINUED to June 16, 2011 at 3:15 p.m.  The parties
26 shall meet and confer prior to the conference and shall prepare a joint Case Management
27 Conference Statement which shall be filed no later than ten (10) days prior to the Case
28 Management Conference that complies with the Standing Order for All Judges of the Northern

STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT
CONFERENCE DATE [CASE NO. C 10-02533 SBA]                        Page 2

1  District of California and the Standing Order of this Court.  Plaintiff shall be responsible for
2  filing the statement as well as for arranging the conference call.  All parties shall be on the line
3  and shall call (510) 637-3559 at the above indicated date and time.
4      IT IS SO ORDERED.

6  Date: _3/9/11    *Saundra B Armstrong*
7      Saundra B. Armstrong
    UNITED STATES DISTRICT JUDGE