UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BURTON,                                                No. C-10-02533-SBA (DMR)

        Plaintiff(s),                      **ORDER RE SEALED TRANSCRIPT**

    v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY ET AL,

        Defendant(s).
_____/

On September 19, 2011, the undersigned held a settlement conference in the above matter, and a confidential agreement was placed on the record following that day's conference. The undersigned hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings upon their request and without further order.

IT IS SO ORDERED.

Dated: September 19, 2011

_____
DONNA M. RYU
United States Magistrate Judge